UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
AT OWENSBORO
CIVIL ACTION NO. 4:09CV-P75-M

BRIAN NEIL AUBREY                                                    PLAINTIFF

v.

DAVID OSBORNE, JAILER                                               DEFENDANT

## MEMORANDUM OPINION

Upon filing the instant action, Plaintiff Brian Neil Aubrey assumed the responsibility to keep this Court advised of his current address and to litigate his claims actively. *See* Local Rule 5.2(d) ("All pro se litigants must provide written notice of a change of address to the Clerk and to the opposing party or the opposing party's counsel. Failure to notify the Clerk of an address change may result in the dismissal of the litigant's case or other appropriate sanctions.").

On September 23, 2009, the envelope sent to Plaintiff containing the copy of the Court's September 15, 2009, Order granting Plaintiff's application to proceed without prepayment of fees was returned to the Court by the United States Postal Service marked "Return to Sender-Not Deliverable As Addressed-Unable to Forward" (DN 6). On the face of the envelope is the following handwritten notation: "RTS Rel."

Apparently, Plaintiff is no longer incarcerated at the Daviess County Detention Center (his address of record). Over two months have passed since the Court's Order was returned to the Court, yet Plaintiff has not advised the Court of any change in his address. Therefore, neither notices from this Court nor filings by Defendant can be served on Plaintiff. In such situations, courts have an inherent power "acting on their own initiative to clear their calendars of cases that have remained dormant because of the inaction or dilatoriness of the parties seeking relief." *Link v. Wabash R.R. Co.*, 370 U.S. 626, 630 (1962).

Because it appears to this Court that Plaintiff has abandoned any interest in prosecuting this case, the Court will dismiss the action by separate Order.

Date:

cc:     Plaintiff, *pro se*
        Defendant
        Daviess County Attorney
4414.005